Vivian Jane Cardiff and Leon D. Cardiff, Plaintiffs-Appellants, v. Eugene L. Haak, Defendant-Appellee.

Gen. No. 10,688.

Fourth District.
February 21, 1966.

Webber, Balbach & Theis, of Urbana, for appellants; Phillips, Phebus, Tummelson, Barth & Follmer, of Urbana (Hurshal C. Tummelson, of counsel), for appellee. Opinion by JUSTICE CRAVEN. Not to be published in full.